UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT FOX, et al.,<br><br>　　　　Defendants. | No.  2:16-cv-0219 AC P<br><br><br>ORDER |

On April 22, 2016, plaintiff filed a notice of change of address with the court that provides a non-prison address as his new address of record.  ECF No. 9.  Since it appears that plaintiff has been released from custody and he has not paid the filing fee, within thirty days from the filing date of this order he must either pay the filing fee in full or submit a non-prisoner application to proceed in forma pauperis, which the Clerk will be directed to provide.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied without prejudice.

　　　2. Within thirty days of the filing of this order, plaintiff must either pay the filing fee in full or submit a non-prisoner application to proceed in forma pauperis.

////

1

3. The Clerk of the Court is directed to send plaintiff a blank in forma pauperis application used by non-prisoners.

DATED: May 6, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE