UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED WILSON,

    Plaintiff,

v.

ROBERT FOX, et al.,

    Defendants.

No. 2:16-cv-0219 JAM AC P

ORDER

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed November 17, 2017, plaintiff's first amended complaint was screened and he was given the option to proceed immediately on his deliberate indifference claims against defendants Saukhla, Osman, and Sanders or to amend the complaint. ECF No. 26 at 9. Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 27.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff shall have thirty days from the service of this order to file a second amended complaint as outlined in the November 17, 2017 screening order. If plaintiff does not file an amended complaint, the case will proceed on the first amended complaint as screened and the failure to amend will be considered a voluntarily dismissal of all of the claims against defendants Fox, Collins, Bick, Ditomas, and Jenden and of the § 1985 and § 1986 claims against Saukhla, Osman, and Sanders without prejudice.

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

SO ORDERED.

DATED: December 6, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE