UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED WILSON, | No. 2:16-cv-0219 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT FOX, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 11, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 30. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 11, 2018 (ECF No. 30), are adopted in full;

2. All of plaintiff's claims against defendants Fox, Collins, Bick, Ditomas, and Jenden and his § 1985 and § 1986 claims against defendants Saukhla, Osman, and Sanders are dismissed without leave to amend.

3. Within twenty-one days of the filing of this order, defendants Saukhla, Osman, and Sanders shall respond to the first amended complaint, as set forth in Section III.A of the January 11, 2018 screening order.

DATED: April 11, 2018

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

Wils0219.801